UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **VERESSA JOY JACKSON**, Independent Administratrix for the Estate of **FRANKLIN RONALD JACKSON, SR.**, | * * * * | CIVIL ACTION NO. 2:13-CV-05864 |
| Plaintiff, | * * | JURY TRIAL DEMANDED |
| VERSUS | * * | SECTION "J" |
| **MURPHY EXPLORATION & PRODUCTION COMPANY** f/k/a and/or successor in interest to **OCEAN DRILLING AND EXPLORATION COMPANY, ET AL,** | * * * * * * | JUDGE CARL J. BARBIER |
| Defendants. | * * | MAGISTRATE DANIEL E. KNOWLES, III |

**************************************************

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff in the above-captioned matter, VERESSA JOY JACKSON, Independent Administratrix for the Estate of Franklin Ronald Jackson, Sr., and Defendant, INDEPENDENT DRILLING LLC (hereinafter "IDC"), through their respective undersigned counsel, that all claims against IDC are dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a). Each party is to bear its own costs and attorneys' fees. This dismissal does not affect the claims of Plaintiff against any of the remaining defendants.

Respectfully Submitted:

*s/ Andrew J. DuPont*_____
**ANDREW J. DUPONT,** *Pro Hac Vice*
LOCKS LAW FIRM
601 Walnut Street, Suite 720 East
Philadelphia, PA 19106
Telephone: (215) 893-0100
Fax: (215) 893-3444
Email: adupont@lockslaw.com

and

**L. ERIC WILLIAMS, JR., (#26773)**
WILLIAMS LAW OFFICE, LLC
433 Metairie Road, Suite 302
Metairie, LA 70002
Telephone: (504) 832-9898
Fax: (504) 832-9811

**Attorneys for: Plaintiff, VERESSA JOY JACKSON, Independent Administratrix for the Estate of Franklin Ronald Jackson, Sr.**

AND

 s/Erin Fury Parkinson
**ERIN FURY PARKINSON, T.A. (# 22549)**
**JOSE L. BARRO, III (# 30857)**
MCGLINCHEY STAFFORD, PLLC
601 Poydras Street, 12th Floor
New Orleans, Louisiana 70130
Telephone: (504) 586-1200
Facsimile: (504) 910-9539
E-mail:eparkinson@mcglinchey.com
          jbarro@mcglinchey.com

Of Counsel:

**GENE F. CREELY, II,** *Pro Hac Vice*
CREELY LAW FIRM PLLC
620 W. Alabama Street
Houston, Texas 77006
Telephone: (713) 400-8300
Facsimile: (713) 400-8299
Email: gcreely@creelylaw.com

**Attorneys for: INDEPENDENT DRILLING LLC**

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 16, 2014, a copy of the foregoing "*Joint Stipulation of Dismissal With Prejudice*" was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

       *s/Erin Fury Parkinson*
       ERIN FURY PARKINSON